1  JOSEPH M. WAHL (SBN 281920)
     joseph.wahl@btlaw.com
2  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
3  Los Angeles, California 90067-2904
   Telephone:    (310) 284-3880
4  Facsimile:    (310) 284-3894

5  Attorneys for Plaintiff DBT LABS, INC.

6

7  BRITT L. ANDERSON (SBN 212092)
     BAnderson@perkinscoie.com
8  **PERKINS COIE LLP**
   3150 Porter Drive
9  Palo Alto, California 94304-1212
   Telephone:    (650) 838-4300
10 Facsimile:    (650) 838-4350

11 Attorneys for Defendant COALESCE
   AUTOMATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DBT LABS, INC., a Delaware corporation, | Case No. 5:23-cv-04485-EKL |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| COALESCE AUTOMATION, INC., a Delaware corporation, | |
| Defendant. | |

BARNES & THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

48364035.1                                1                         Case No. 5:23-cv-04485-EKL
JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

## STIPULATION

Pursuant to the Court's Order Regarding Dismissal Papers, (Dkt. No. 145), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear its own attorneys' fees and costs.  This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:  August 5, 2025                **BARNES & THORNBURG LLP**

By: /s/Joseph M. Wahl
Joseph M. Wahl
Attorneys for Plaintiff DBT LABS, INC.

Dated:  August 5, 2025                **PERKINS COIE LLP**

By: /s/Britt L. Anderson
Britt L. Anderson
Attorneys for Defendant COALESCE AUTOMATION, INC.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Joseph M. Wahl, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 5, 2025

/s/Joseph M. Wah
Joseph M. Wahl

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 5, 2025

The Honorable Eumi K. Lee
United States District Judge